# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOEL JOHNSON,<br><br>        Plaintiff,<br><br>  v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>        Defendant. | C12-1712 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court GRANTS in part and DENIES in part Plaintiff's motion for relief from deadline, docket no. 10. The Court RENOTES Defendant's motion to dismiss, docket no. 7, for November 23, 2012.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of October, 2012.

                                                William M. McCool
                                              Clerk

                                              s/Claudia Hawney
                                              Deputy Clerk

MINUTE ORDER - 1