# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOEL JOHNSON,

            Plaintiff,

    v.

FEDERAL HOME LOAN MORTGAGE
CORPORATION,

            Defendant.

JUDGMENT IN A CIVIL CASE

CASE NO. C12-1712Z

___    **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Freddie Mac's motion to dismiss, docket no. 28, is GRANTED.  This case is dismissed with prejudice.

Dated this 5th day of May, 2013.

                    William M. McCool
                    Clerk

                    s/Claudia Hawney
                    Deputy Clerk